IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARTIN ALAN HETHERINGTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>　　　　Defendant. | Case No. 6:18-cv-01076-SI<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA |

　　　　IT IS HEREBY ORDERED that attorney fees in the amount of $7,779.38 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Payment of this award shall be made via check payable to Plaintiff and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, the award shall be made payable to Plaintiff's attorneys, HARDER, WELLS, BARON & MANNING, P.C., if the Commissioner confirms that Plaintiff owes no debt to the Government through the Federal Treasury Offset program. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above. There are no costs or expenses to be paid herein.

　　　　Dated this __9th__ day of __July_____ 2020.

　　　　　　　　　　　　　　　　　　　　　　__/s/ Michael H. Simon_____
　　　　　　　　　　　　　　　　　　　　　　MICHAEL H. SIMON
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge